**Order entered March 13, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00890-CR

### CURTIS DEWIGHT NELSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 068322**

## ORDER

After we ordered the appeal submitted without a reporter's record, we ordered the trial court to hold a hearing on whether counsel had abandoned the appeal. On February 28, 2019, we received the supplemental clerk's record containing the trial court's findings. We **ADOPT** the trial court's February 20, 2019 findings that (1) appellant wishes to prosecute this appeal; (2) appellant is now indigent; (3) the trial court appointed counsel Donnie Jarvis who was appellant's retained counsel for trial; and (4) counsel has not abandoned the appeal and will contact the court reporter about filing the record.

We **VACATE** that portion of our November 26, 2018 order that ordered this appeal submitted without a reporter's record and **ORDER** the reporter's record filed **by April 5, 2019**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Larry Phillips, Presiding Judge, 59th Judicial District Court; Cindy Bardwell, court reporter, 59th Judicial District Court, and to counsel for all parties.

/s/  ROBERT D. BURNS, III
    CHIEF JUSTICE